UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                      Plaintiff(s),

v.                                             Case No. 2:23−mc−50080−DML−EAS
                                                  Hon. David M. Lawson

Nopphadon Ninsawat,

                      Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767. The following motion(s) are scheduled for hearing:

Motion that Initiates a Miscellaneous Case − #1

- MOTION HEARING: March 16, 2023 at 01:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/S. Pinkowski
                                                       Case Manager

Dated:   January 26, 2023