UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NOPPHADON NINSAWAT,

        Defendant.

_____/

Misc. No. 2:23-mc-50080
Hon. David M. Lawson

## DEFENDANT'S MOTION FOR VOLUNTARY DISMISSAL OF CIVIL ACTION

Defendant NOPPHADON NINSAWAT, through counsel, Jonathan M. Epstein, hereby voluntarily dismisses this miscellaneous action without prejudice for reason that on January 30, 2023, Homeland Security Investigations remitted and returned all items seized with the exception of three (3) items which will be held in abeyance pending outcome of the related case No. 22-cr-20630.


Jonathan M. Epstein, Counsel for Mr. Ninsawat
30445 Northwestern Hwy, Ste 225
Farmington Hills, MI 48334
Ph. (248)219-4004
jonathan@jonathanmepstein.com

Dated: February 22, 2023