UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                               Case Number 23-50080

v.                                                Honorable David M. Lawson

NOPPHADON NINSAWAT,

        Defendant.
_____/

### ORDER GRANTING PETITION FOR VOLUNTARY DISMISSAL

On January 20, 2023, defendant Nopphadon Ninsawat filed a motion for return of certain property under criminal file number 22-20630. The Clerk of Court docketed the motion as the initiating document in this separate miscellaneous case. On February 22, 2023, Ninsawat filed a petition for voluntary dismissal of this matter. In his petition, the defendant states that all of the property has been returned except for three items which will be retained by the government pending the disposition of the related criminal prosecution. The Court finds that the proceedings in this miscellaneous case have run their course, there presently is no need for further action by the Court, and dismissal therefore is appropriate.

Accordingly, it is **ORDERED** that the defendant's petition for dismissal (ECF No. 3) is **GRANTED**, and the motion for return of property (ECF No. 1) is **DISMISSED** without prejudice.

                                                       s/David M. Lawson
                                                       DAVID M. LAWSON
                                                       United States District Judge

Dated: March 1, 2023